UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUREFUNDING, LLC,<br><br>        *Plaintiff*,<br>  v.<br><br>GOODWIN PROCTER LLP,<br><br>        *Defendant*. | No. 1:22-cv-10478-AK |

## ENTRY OF APPEARANCE OF MICHAEL J. DURAN ON BEHALF OF SUREFUNDING, LLC

    Attorney Michael J. Duran of the law firm Milligan Rona Duran & King LLC hereby enters his appearance on behalf of Plaintiff Surefunding, LLC.

                              Respectfully submitted,

Dated: April 27, 2022          /s/ *Michael J. Duran*
                                    Michael J. Duran (BBO #569234)
                                    *mjd@mrdklaw.com*
                                    MILLIGAN RONA DURAN & KING LLC
                                    50 Congress Street, Suite 600
                                    Boston, MA 02109
                                    Tel: (617) 395-9570

                                    *Counsel for Plaintiff Surefunding, LLC*

## CERTIFICATE OF SERVICE

I, Michael J. Duran, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on April 27, 2022.

Dated: April 27, 2022            /s/ *Michael J. Duran*
                                 Michael J. Duran, Esq.