UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUREFUNDING, LLC,<br>a Delaware limited liability company,<br><br>*Plaintiff*,<br>v.<br><br>GOODWIN PROCTER LLP,<br>a Massachusetts limited liability partnership,<br><br>*Defendant*. | Civ. A. No. 22–10478–AK |

**STIPULATION OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**

This stipulation is entered into by and between Plaintiff SureFunding, LLC ("SureFunding") and Defendant Goodwin Procter LLP ("Goodwin"), by and through their respective attorneys of record, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii). The Parties stipulate to dismiss this action for a matter of form, which does not affect the merits of SureFunding's claims brought herein, without prejudice and without costs to either party.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF SUREFUNDING, LLC, BY AND THROUGH MICHAEL F. FLANAGAN IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR SUREFUNDING, LLC, | DEFENDANT GOODWIN PROCTER LLP, |
| By its attorneys, | By its attorneys, |
| /s/ *Ilyas J. Rona* <br> Ilyas J. Rona, Esq. (BBO# 642964) <br> Michael J. Duran, Esq. (BBO# 569234) <br> MILLIGAN RONA DURAN & KING LLC <br> 50 Congress Street, Suite 600 <br> Boston, Massachusetts 02109 <br> Tel: (617) 395-9570 <br> Fax: (855) 395-5525 <br> ijr@mrdklaw.com <br> mjd@mrdklaw.com | /s/ *Richard Zielinski* <br> Richard Zielinski (Bar No. 540060) <br> Joel E. Antwi (Bar No. 699562) <br> Abigail E. Fletes (Bar No. 707177) <br> GOULSTON & STORRS PC <br> 400 Atlantic Avenue <br> Boston, Massachusetts 02110 <br> (617) 482-1776 <br> rzielinski@goulstonstorrs.com <br> jantwi@goulstonstorrs.com <br> afletes@goulstonstorrs.com |

Dated: July 11, 2022

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: July __, 2022

_____
Honorable Angel Kelley
United States District Court Judge

4867-0599-7352, v. 2